**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-60867-CIV-SMITH**

JOSE EDUARDO MEJIA TIU,

      Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

      Respondents.

_____/

## ORDER TO SHOW CAUSE

This cause comes before the Court upon review of Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1]. Upon consideration, it is

**ORDERED** that:

1. By **April 6, 2026**, Respondents shall show cause why the Petition for Writ of Habeas Corpus [DE 1] should not be granted.

2. The Clerk shall "serve a copy of the petition and" this Order "on the respondent and on the attorney general or other appropriate officer[.]" *See* Rule 4, Rules Governing Section 2254 Cases in the United States District Courts; *see also* Rule 1(b), Rules Governing Section 2254 Cases in the United States Courts (indicating that these rules apply to proceedings brought pursuant to 28 U.S.C. § 2241).

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 31st day of March, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:      **counsel of record**

**Jose Eduardo Mejia Tiu,** *pro se*
A# 246447508
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073